# Court of Appeals
# of the State of Georgia

ATLANTA,___April 16, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0296. HEADLEY LEOPOLD SCOTT v. EARL RANDALL.**

Headley Scott seeks discretionary review of the trial court's final judgment, awarding $85,226 to plaintiff Earl Randall in his action for tortious interference with employment relationship. However, based on the limited record submitted with his application, the trial court's order appears to be directly appealable pursuant to OCGA § 5-6-34 (a) (1).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application for discretionary appeal if the order is subject to direct appeal. As the order at issue is subject to direct appeal, this application is hereby GRANTED. The appellant shall have 10 days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. The trial court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/16/2013_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*